UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00048-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Vs. | ) ORDER |
| **JEFFREY STEVEN TELSEY,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on defendant's Motion to Waive Presentence Report and Set Sentencing Hearing. No objection to such request has been filed. Having considered defendant's motion and reviewed the pleadings, and finding pursuant to Rule 32(c)(1)(A)(ii) that the information available in the record enables it to meaningfully exercise its sentencing authority, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Waive Presentence Report and Set Sentencing Hearing (#14) is GRANTED, and the Clerk of Court is instructed to place this matter on the next available sentencing calendar, taking into account any need the U.S. Marshal may have in transporting such defendant from a BOP facility.

**IT IS FURTHER ORDERED** that the U.S. Marshal transport defendant to this district from the BOP facility at which he is housed for purposes of such sentencing hearing.

Signed: June 18, 2014

Max O. Cogburn Jr.
United States District Judge