UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00048-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **JEFFREY STEVEN TELSEY**, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the parties' consent motion for an order clarifying the restitution liability of Defendant Jeffrey Steven Telsey. (Doc. No. 29). Upon consideration of the motion and relevant pleadings, and for good cause shown for such relief in the motion, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government's Motion for Clarification of the Restitution Order (Doc. No. 29) is **GRANTED**, and:

1. Defendant Telsey's Amended Judgment filed on December 8, 2014 (Doc. No. 24) shall be amended nunc pro tunc, pursuant to Federal Rule of Criminal Procedure 36, to reflect that he owes the restitution of $2,128,059.00 jointly and severally with his co-defendants;

2. Such Amended Judgment is amended so that the "Defendant and Co-Defendant Names and Case Numbers" box is checked on Page 5 of the Amended Judgment, and in accordance with the form's direction, the following information appears below the line: Steve Hale 3:13-cr-00280, Bonnie Knight Bridges 3:11-cr-00190-01, Kimberley Morris 3:11-cr-00190-02, Michael Morris 3:11-cr-00190-03, Darlene Schoener 3:11-

-1-

cr-00190-04, William Schoener 3:11-cr-00190-05, Darryl Brock 3:11-cr-00190-06;

3. Such Amended Judgment is amended so that the box next to the requirement "[a]ny payment not in full shall be divided proportionately among victims" is checked; and

4. The Clerk of Court **shall** issue an Amended Judgment in the above-captioned case consistent with this decision and Order.

Max O. Cogburn Jr.
United States District Judge